UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 22-2153

_____

UNITED STATES OF AMERICA

v.

MARK JORDAN,
Appellant

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 2:94-cr-00524-001)
District Judge: Honorable Mitchell S. Goldberg

_____

SUR PETITION FOR PANEL REHEARING

_____


Present: JORDAN, BIBAS, and PORTER, *Circuit Judges*

     The petition for rehearing filed by Appellant in the above-entitled case having been submitted to the judges who participated in the decision of this Court, it is hereby ORDERED that the petition for rehearing by the panel is granted.  The Clerk is directed to file the amended opinion contemporaneously with this order.  The revisions to the opinion are at pages 15 and 16. As the revisions do not affect the disposition of the appeal, the judgment will remain as filed.

     The petition for rehearing filed Appellant also having been submitted to all the other available circuit judges of the circuit in regular active service and a majority of the judges of the circuit in regular service not having voted for rehearing, it is hereby ORDERED that the petition for rehearing by the Court en banc is denied.

BY THE COURT,

s/ _____

Circuit Judge

Date:  March 25, 2024
JK/cc: All Counsel of Record